Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN; | Case No.:   2:19-cv-2227-JAD-BNW |
| Plaintiff, | |
| v. | |
| VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive, | **STIPULATION & ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**(Second Request)** |
| Defendants. | |

Pursuant to LR II 16-1, 26-1 (b), 26-3, and 26-4, and FRCP 16.1 and 26, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the previously entered Discovery Plan and Scheduling Order deadlines.  Notably, the parties have been cooperating well with one another and, since the initial Scheduling Order was entered, have: (a) exchanged Initial and Supplemental Disclosures; (b) exchanged discovery requests and responses; (c) attended additional site inspections; (d) conducted destructive testing at underlying property, including, without limitation, core drilling and core sampling (performed on October 28, 2020); and (e) completed a manometer survey (performed on November 18, 2020).  Further, the depositions of Plaintiff Robert Goldman

and his son, Stewart Goldman, have been completed, with additional fact witness depositions scheduled over the next several weeks, including, without limitation:

| | |
|---|---|
| Tom Stafford (Plaintiff Witness) | March 5, 2021 |
| Willie Mack (Defendant Witness) | March 9, 2021 |
| Tommy Le (Defendant Witness) | March 11, 2021 |
| Mark Bertrand (Defendant Witness) | March 15, 2021 |
| Peter Bonfante (Plaintiff Witness) | March 24, 2021 |

Plaintiffs experts have also identified the need to perform certain testing with respect to the two failed copper pipes from the Main Residence Leak. Notably, water testing to calculate the number of gallons per minute flowing from each hole on the two pipes. That testing has been scheduled for March 12, 2021. Consequently, because the parties' experts are still compiling and evaluating the data from that testing, good cause exists for extending the existing deadlines by an additional sixty (60) days as follows:

A. <u>Discovery Cut-Off Date</u>:

    Existing Deadline:    May 17, 2021

    New Deadline:    July 16, 2021

B. <u>Amending Pleadings and Adding Parties</u>:

    No changes.

C. <u>FRCP 26(a)(2) Disclosure (Experts)</u>:

    1. <u>Expert Reports</u>:

        Initial Disclosure:    March 14, 2021

        New Deadline:    May 14, 2021

    2. <u>Rebuttal Disclosure</u>:

        Existing Deadline:    April 13, 2021

        New Deadline:    June 14, 2021

D. <u>Interim Status Report</u>:

    Existing Deadline:    March 23, 2021

    New Deadline:    May 24, 2021

E.  Mediation

   To be completed by         July 30, 2021

F.  Dispositive Motions

   Existing Deadline:         June 14, 2021

   New Deadline:              August 13, 2021

G.  Pretrial Order:

   Existing Deadline:         July 12, 2021

   New Deadline:              September 10, 2021

DATED this 22nd day of February, 2021.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>CRAIG A. MARQUIZ<br>3088 Via Flaminia Court<br>Henderson, NV 89052<br>*Attorney for Plaintiff* | By: /s/ Cheryl A. Grames<br>ROBERT W. FREEMAN<br>PAMELA L. McGAHA<br>CHERYL A. GRAMES<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
   ROBERT T. SULLIVAN
   JASON P. KASTING
   2800 North Central Avenue, Suite 1600
   Phoenix, AZ 85004
   *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 25th of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3