♦
**Marquiz Law Office**
Professional Corporation
♦

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Pursuant to LR II 16-1, 26-1 (b), 26-3, and 26-4, and FRCP 16.1 and 26, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF No. 33).  Specifically, Plaintiff shall have through and including **October 15, 2021** with which to file its Opposition brief.  The additional

. . .

. . .

. . .

. . .

. . .

extension is necessary due to Plaintiff's counsel being out of the office with a family member's hospitalization resulting from Covid 19.

DATED this 7th day of October, 2021.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>CRAIG A. MARQUIZ<br>3088 Via Flaminia Court<br>Henderson, NV 89052<br>*Attorney for Plaintiff* | By: /s/ Cheryl A. Grames<br>ROBERT W. FREEMAN<br>PAMELA L. McGAHA<br>CHERYL A. GRAMES<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
ROBERT T. SULLIVAN
JASON P. KASTING
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of October, 2021.

_____
U.S. DISTRICT JUDGE

2