Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**AMENDED STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Fourth Request)**<br><br>ECF Nos. 45, 46 |

Pursuant to LR II 16-1, 26-1 (b), 26-3, and 26-4, and FRCP 16.1 and 26, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF No. 33).  Specifically, Plaintiff shall have through and including **November 15, 2021** with which to file its Opposition brief.  The . . . extension is necessary due to delays associated with Plaintiff counsel's inability to access his electronic mail system and files upon returning to the United States earlier this week due to a changed Microsoft security protocol that occurred while he was abroad on a mission trip, an . . .

. . .

emergency hearing set in a State-court matter on an Order Shortening Time tomorrow (November 8, 2021) along with an expert deposition to be taken in that matter following the hearing, and depositions of Plaintiff's geotechnical expert (Bob Thomsen) and general contracting expert (Randall "Duke" Phelps) on November 10 and 12, 2021, respectively.

DATED this 8th day of November, 2021.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>　CRAIG A. MARQUIZ<br>　3088 Via Flaminia Court<br>　Henderson, NV 89052<br>　*Attorney for Plaintiff* | By:  /s/ Cheryl A. Grames<br>　ROBERT W. FREEMAN<br>　PAMELA L. McGAHA<br>　CHERYL A. GRAMES<br>　6385 S. Rainbow Boulevard, Suite 600<br>　Las Vegas, Nevada 89118<br>　*Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
　ROBERT T. SULLIVAN
　JASON P. KASTING
　2800 North Central Avenue, Suite 1600
　Phoenix, AZ 85004
　*Attorneys for Defendant*

## ORDER

Based on the parties' amended stipulation [ECF No. 46] and good cause appearing, IT IS HEREBY ORDERED that deadline to file the opposition to the motion for summary judgment [ECF No. 33] is extended to November 15, 2021, and the original stipulation [ECF No. 45] is DENIED as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 9, 2021
Nunc pro tunc to November 5, 2021