Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Sixth Request) -- ECF No. 50** |

Pursuant to LR II 16-1, 26-1 (b), 26-3, and 26-4, and FRCP 16.1 and 26, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF No. 33).  Specifically, Plaintiff shall have through and including **December 20, 2021** with which to file its Opposition brief.  The extension will enable Plaintiff to incorporate relevant evidence from Defendant's claims processing expert (Ed McKinnon) which had to be continued from November 18, 2021 until

. . .

. . .

December 16, 2021 and to obviate the need for Plaintiff to request Fed.R.Civ.P. 56(d) relief related to the testimony of this witness.

DATED this 19th day of November, 2021.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>CRAIG A. MARQUIZ<br>3088 Via Flaminia Court<br>Henderson, NV 89052<br>*Attorney for Plaintiff* | By: /s/ Cheryl A. Grames<br>ROBERT W. FREEMAN<br>PAMELA L. McGAHA<br>CHERYL A. GRAMES<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
ROBERT T. SULLIVAN
JASON P. KASTING
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 21, 2021
nunc pro tunc to November 18, 2021

2