**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Seventh Request)**<br><br>ECF No. 52 |

Pursuant to LR IA 6-1, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and

DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the

"Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time

for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF

No. 33).  Specifically, Plaintiff shall have through and including **January 5, 2022** with which to

file its Opposition brief.  The extension will enable Plaintiff to incorporate relevant evidence

from the deposition of Defendant's claims processing expert (Ed McKinnon), completed on

December 16, 2021, into Plaintiff's Opposition brief which, in turn, will obviate the need for

Plaintiff to request Fed.R.Civ.P. 56(d) relief related to the testimony of this witness.  Although an

expedited transcript of that deposition was ordered, it will not be available for several days and,

in light of the holiday season, the parties have agreed to extend the outstanding briefing schedule

1  so that counsel (who have been working cooperatively with one another) can spend that time

2  with their family members and loved ones.

3      DATED this 20th day of December, 2021.

4  MARQUIZ LAW OFFICE, P.C.              LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6  By: /s/ Craig A. Marquiz                    By: /s/ Cheryl A. Grames
       CRAIG A. MARQUIZ                            ROBERT W. FREEMAN
7      3088 Via Flaminia Court                     PAMELA L. McGAHA
       Henderson, NV 89052                         CHERYL A. GRAMES
8      *Attorney for Plaintiff*                    6385 S. Rainbow Boulevard, Suite 600
9                                                  Las Vegas, Nevada 89118
                                                   *Attorneys for Defendant*
10

11                                         BROENING OBERG WOODS & WILSON P.C.

12                                         By: /s/ Jason P. Kasting
                                               ROBERT T. SULLIVAN
13                                             JASON P. KASTING
14                                             2800 North Central Avenue, Suite 1600
                                               Phoenix, AZ 85004
15                                             *Attorneys for Defendant*

16

17                                 **ORDER**

18      IT IS SO ORDERED.

19      DATED this __28th__ of December, 2021.
20

21      _____
22      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2