♦
Marquiz Law Office
Professional Corporation
♦

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Eighth Request)**<br><br>ECF No. 54 |

Pursuant to LR IA 6-1, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF No. 33). Specifically, Plaintiff shall have through and including **February 7, 2022** with which to file its Opposition brief. The extension is necessary due to Plaintiff's counsel having endured a Covid Christmas with four members of his immediate family affected and, upon conclusion of

. . .

. . .

. . .

his quarantine on January 2, 2022, sustained a severe knee injury for which he is awaiting reconstructive surgical intervention.

DATED this 5th day of January, 2022.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>  CRAIG A. MARQUIZ<br>  3088 Via Flaminia Court<br>  Henderson, NV 89052<br>  *Attorney for Plaintiff* | By:  /s/ Cheryl A. Grames<br>  ROBERT W. FREEMAN<br>  PAMELA L. McGAHA<br>  CHERYL A. GRAMES<br>  6385 S. Rainbow Boulevard, Suite 600<br>  Las Vegas, Nevada 89118<br>  *Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
  ROBERT T. SULLIVAN
  JASON P. KASTING
  2800 North Central Avenue, Suite 1600
  Phoenix, AZ 85004
  *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

2