♦
Marquiz Law Office
Professional Corporation
♦

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Ninth Request)** |

Pursuant to LR IA 6-1, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF No. 33). Specifically, Plaintiff shall have through and including **March 11, 2022** with which to file its Opposition brief. The extension is necessary due to Plaintiff's counsel having been out of his office during January 2022 due to an significant knee injury for which reconstructive knee surgery was recently performed. Although Plaintiff's counsel was finally able to return to his office on February 3, 2022, his ability to complete Plaintiffs' Opposition brief will be limited over the next few weeks due to his rehabilitation process over the next month (e.g., follow-up

doctor's visits and multiple physical therapy sessions each week) and his need to process mail, e-mails, motions and other legal projects received during his absence from the office in January 2022.

DATED this 7th day of February, 2022.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>    CRAIG A. MARQUIZ<br>    3088 Via Flaminia Court<br>    Henderson, NV 89052<br>    *Attorney for Plaintiff* | By:  /s/ Cheryl A. Grames<br>    ROBERT W. FREEMAN<br>    PAMELA L. McGAHA<br>    CHERYL A. GRAMES<br>    6385 S. Rainbow Boulevard, Suite 600<br>    Las Vegas, Nevada 89118<br>    *Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
    ROBERT T. SULLIVAN
    JASON P. KASTING
    2800 North Central Avenue, Suite 1600
    Phoenix, AZ 85004
    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 9th of February, 2022.

_____
UNITED STATES DISTRICT JUDGE