**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN; | Case No.:   2:19-cv-2227-JAD-BNW |
| Plaintiff, | |
| v. | **STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive, | |
| Defendants. | **(Tenth Request)**<br><br>**[ECF No. 58]** |

Pursuant to LR IA 6-1, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF No. 33).  Specifically, Plaintiff shall have through and including **March 28, 2022**, with which to file its Opposition brief.  The extension is necessary due to Plaintiff counsel's extended rehabilitation process (follow-up doctor's visits and multiple physical therapy sessions each week) and his continued navigation through mail, e-mails, motions and other legal projects received during his absence from the office following his injury and resulting surgery and which

. . .

included, without limitation, over sixty pre-trial motions in limine and dispositive motions for three State-court actions with trial settings in March, April and May 2022).

DATED this 11th day of March, 2022.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>  CRAIG A. MARQUIZ<br>  3088 Via Flaminia Court<br>  Henderson, NV 89052<br>  *Attorney for Plaintiff* | By: /s/ Cheryl A. Grames<br>  ROBERT W. FREEMAN<br>  PAMELA L. McGAHA<br>  CHERYL A. GRAMES<br>  6385 S. Rainbow Boulevard, Suite 600<br>  Las Vegas, Nevada 89118<br>  *Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
  ROBERT T. SULLIVAN
  JASON P. KASTING
  2800 North Central Avenue, Suite 1600
  Phoenix, AZ 85004
  *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE