♦
# Marquiz Law Office
Professional Corporation
♦

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>ECF Nos. 60, 61 |

Pursuant to LR IA 6-1, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion for Summary Judgment (ECF No. 33).  Specifically, Plaintiff shall have through and including **April 8, 2022** with which to file its Opposition brief.  The extension is necessary due to a computer virus which wiped-out several documents from Plaintiff counsel's computer system.  Fortunately, Plaintiff's counsel has an

. . .

. . .

. . .

earlier draft from which he can retype a significant portion of Plaintiff's Opposition along with his Declaration and Exhibits thereto.

DATED this 4th day of April, 2022.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>　CRAIG A. MARQUIZ<br>　3088 Via Flaminia Court<br>　Henderson, NV 89052<br>　*Attorney for Plaintiff* | By: /s/ Cheryl A. Grames<br>　ROBERT W. FREEMAN<br>　PAMELA L. McGAHA<br>　CHERYL A. GRAMES<br>　6385 S. Rainbow Boulevard, Suite 600<br>　Las Vegas, Nevada 89118<br>　*Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
　ROBERT T. SULLIVAN
　JASON P. KASTING
　2800 North Central Avenue, Suite 1600
　Phoenix, AZ 85004
　*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.  The response deadline is extended to April 8, 2022.

DATED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE