CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383

ROBERT T. SULLIVAN (*admitted Pro Hac Vice*)
rts@bowwlaw.com
JASON P. KASTING (*admitted Pro Hac Vice*)
jpk@bowwlaw.com
**BROENING OBERG WOODS & WILSON PC**
2800 N. Central Avenue, Suite 1600
Phoenix, AZ 85004
(602) 271-7700
*Attorneys for Defendant*
*Vigilant Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>vs.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-2227-JAD-BNW<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AS TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (ECF NO. 33)**<br><br>ECF No. 69 |

Pursuant to LR II 16-1, 26-1 (b), 26-3, and 26-4, FRCP 16.1 and 26, DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") and PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows.

Good cause exists for this extension. Defendant filed a Motion for Summary Judgment [Doc. 33] on August 30, 2021. Plaintiff recently filed his response [Doc. 63] and accompanying it was an affidavit from counsel [Doc. 64]. Defendant will file a motion to strike Doc. 64 (excluding

its exhibits) by Monday, April 25, 2022. While Plaintiff disagrees that the motion to strike is warranted, he has agreed that Defendant shall have 30 days after the Court's ruling on Defendant's motion to strike to file its reply brief in support of the Motion for Summary Judgment.

The current deadline for the reply is April 22, 2022. The parties have reached this stipulation because Defendant must know whether the content of the 44-page declaration should be addressed in its reply brief.

This is the first extension Defendant has sought in connection with the reply brief. Counsel have been working amicably with one another throughout the case. This stipulation is made in good faith and not for the purpose of delay.

DATED this 22nd day of April, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Cheryl A. Grames
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Vigilant Insurance Company*

BROENING OBERG WOODS & WILSON PC

By: /s/ Jason P. Kasting
ROBERT T. SULLIVAN
JASON P. KASTING
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004
*Attorneys for Defendant Vigilant Insurance Company*

MARQUIZ LAW OFFICE, P.C.

By: /s/ Craig A. Marquiz (with permission)
CRAIG A. MARQUIZ
3088 Via Flaminia Court
Henderson, NV 89052
*Attorneys for Plaintiff*

**ORDER**

**Based on the parties' stipulation [ECF No. 69] and good cause appearing, IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 5, 2022

