**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. GOLDMAN;<br><br>Plaintiff,<br><br>v.<br><br>VIGILANT INSURANCE COMPANY, a New York corporation and member of the CHUBB GROUP OF INSURANCE COMPANIES; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:   2:19-cv-2227-JAD-BNW<br><br>**STIPULATION & ORDER REGARDING BRIEFING SCHEDULE ON VIGILANT INSURANCE COMPANY'S MOTION TO STRIKE DECLARATION OF CRAIG MARQUIZ (ECF. No. 64)**<br><br>**(First Request)**     ECF No. 72 |

Pursuant to LR IA 6-1, PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Vigilant Insurance Company's Motion to Strike the Declaration of Craig Marquiz (ECF. No. 64). Specifically, Plaintiff shall have through and including **May 16,**

. . .

. . .

. . .

. . .

. . .

**2022** with which to file its Opposition brief thereto.  The extension is necessary due to Plaintiff counsel's contraction of Covid and health issues related to same.

DATED this 9th day of May, 2022.

| MARQUIZ LAW OFFICE, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Craig A. Marquiz<br>    CRAIG A. MARQUIZ<br>    3088 Via Flaminia Court<br>    Henderson, NV 89052<br>    *Attorney for Plaintiff* | By:  /s/ Cheryl A. Grames<br>    ROBERT W. FREEMAN<br>    PAMELA L. McGAHA<br>    CHERYL A. GRAMES<br>    6385 S. Rainbow Boulevard, Suite 600<br>    Las Vegas, Nevada 89118<br>    *Attorneys for Defendant* |

BROENING OBERG WOODS & WILSON P.C.

By: /s/ Jason P. Kasting
    ROBERT T. SULLIVAN
    JASON P. KASTING
    2800 North Central Avenue, Suite 1600
    Phoenix, AZ 85004
    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 11th of May, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE