1

2

**Marquiz Law Office**
Professional Corporation

3

4   3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532

5   Craig A. Marquiz, Esq.
NV Bar #7437

6

7   Attorney for Plaintiff

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10   ROBERT L. GOLDMAN;                        Case No.:   2:19-cv-2227-JAD-BNW

11                    Plaintiff,

12   v.                                        **STIPULATION & ORDER**
                                               **REGARDING BRIEFING SCHEDULE**
13   VIGILANT INSURANCE COMPANY, a New         **ON VIGILANT INSURANCE**
     York corporation and member of the CHUBB  **COMPANY'S MOTION TO AMEND**
14   GROUP OF INSURANCE COMPANIES;             **JUDGMENT**
     DOES 1 through 100, inclusive; and ROE
15   CORPORATIONS I through 100, inclusive,    **(First Request)**

16                    Defendants.                       [ECF No. 86]

17

18        PLAINTIFF ROBERT L. GOLDMAN ("Plaintiff") and DEFENDANT VIGILANT

19   INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their

20   respective counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to

21   Vigilant Insurance Company's Motion to Amend Judgment (ECF No. 85).  Specifically, Plaintiff

22   shall have through and including **November 7, 2022** with which to file its Opposition brief.  The

23   extension is necessary due to Plaintiff counsel's recent return to the office following an

24   . . .

25   . . .

26   . . .

27   . . .

28

international mission trip (October 7 - 19, 2022) and an out-of-state family emergency

(October 21 - 26, 2022).

DATED this 27th day of October, 2022.

MARQUIZ LAW OFFICE, P.C.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Craig A. Marquiz                      By:  /s/ Cheryl A. Grames
    CRAIG A. MARQUIZ                               ROBERT W. FREEMAN
    3088 Via Flaminia Court                        PAMELA L. McGAHA
    Henderson, NV 89052                            CHERYL A. GRAMES
    *Attorney for Plaintiff*                       6385 S. Rainbow Boulevard, Suite 600
                                                   Las Vegas, Nevada 89118
                                                   *Attorneys for Defendant*

                                             BROENING OBERG WOODS & WILSON P.C.

                                              By: /s/ Jason P. Kasting
                                                  ROBERT T. SULLIVAN
                                                  JASON P. KASTING
                                                  2800 North Central Avenue, Suite 1600
                                                  Phoenix, AZ 85004
                                                  *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED October 28, 2022

_____
UNITED STATES DISTRICT JUDGE